able jurisdiction and set case for oral argument.

No. 71–6752. WALKER v. KENTUCKY. Appeal from Ct. App. Ky. dismissed for want of substantial federal question.

No. 72–32. WINTER v. PRATT ET AL. Appeal from Sup. Ct. S. C. dismissed for want of substantial federal question.

No. 72–354. ROCKLAND COUNTY BUILDERS ASSN., INC., ET AL. v. McALEVEY ET AL.; and

No. 72–369. GOLDEN ET AL. v. PLANNING BOARD OF THE TOWN OF RAMAPO ET AL. Appeals from Ct. App. N. Y. dismissed for want of substantial federal question. Reported below: 30 N. Y. 2d 359, 285 N. E. 2d 291.

No. 72–365. REILLEY v. REILLEY. Appeal from Sup. Ct. App. W. Va. dismissed for want of substantial federal question.

No. 72–5513. CORRADO, DBA PERRY'S SECOND HAND PLUMBING v. PROVIDENCE REDEVELOPMENT AGENCY. Appeal from Super. Ct. R. I. dismissed for want of substantial federal question.

No. 72–373. TEXAS EASTERN TRANSMISSION CORP. v. BENSON, COMMISSIONER OF REVENUE. Appeal from Sup. Ct. Tenn. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS, MR. JUSTICE STEWART, and MR. JUSTICE WHITE would note probable jurisdiction and set case for oral argument.